UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CASE NO. 4:25-cv-05584 |
| MMA LAW FIRM, PLLC | ) | |
| | ) | JUDGE ANDREW S. HANEN |
| Debtor | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | CHRISTINA A. BRYAN |
| GAYLE HEARD ET AL. | ) | |
| | ) | |
| Appellants | ) | |

**APPELLANTS' STATEMENT OF ISSUES AND
DISIGNATION OF RECORD ON APPEAL**

**On Appeal from the U.S. Bankruptcy Court for the Southern District of Texas, The Honorable Eduardo V. Rodriguez, Chief United States Bankruptcy Court Judge, in the Matter of MMA Law Firm, PLLC, Debtor, Case No. 24-31596, Chapter 11**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a), Gayle Heard, Jamie White, Forest Martin, Jimmie Corley, Jeffrey Miles, Patricia Tate, John Jones and others similarly situated (the "Appellants"), through undersigned counsel, respectfully file the following issues on appeal and designate the following items to be included in the record in the above-referenced bankruptcy appeal:

**A. STATEMENT OF ISSUES ON APPEAL**

1. Whether the Bankruptcy Court erred in denying stay relief to allow litigation to proceed against Debtor as a nominal defendant and against Debtor's insurer when proceeds of the insurance policy do not constitute property of the Debtor's estate, as has been determined by prior rulings entered by this Court.

1

2. Whether the Bankruptcy Court incorrectly balanced or failed altogether to consider the factors for determining whether to grant stay relief, including the fact that (1) the proceeds of the malpractice policies are not property of this bankruptcy estate; (2) Debtor offered no evidence that it being added as a nominal defendant (if necessary) will disrupt the bankruptcy case; (3) Appellants offered to not seek enforcement of any judgment against Debtor and to only enforce any such judgment against the assets of other parties, including proceeds from applicable insurance policies; (4) Appellants, the evidence, witnesses, attorneys and certain other joint tortfeasors involved in the underlying litigation are located in Louisiana, outside the jurisdiction of the bankruptcy court; and (5) the state court has determined that Debtor is an indispensable party.

3. Whether the Bankruptcy Court erred in requiring evidence to establish cause for stay relief when the applicable case law and legislative history make clear that courts should not make determinations regarding the merits of underlying claims in determining whether to lift the stay to allow litigation against debtors to proceed.

4. Whether the Bankruptcy Court erred in excluding or refusing to take judicial notice of the documents listed on the parties' witness and exhibit lists.

5. Whether the Bankruptcy Court erred in allowing nondebtors to object to Appellants' motion for stay relief notwithstanding their lack of standing to oppose such relief.

**B. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

1. *Record of Documents filed in the Bankruptcy Case:*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/8/2025 | 861 (36 pgs; 4 docs) | Motion for Relief from Stay . Fee Amount $199. Filed by Plaintiff Gayle Heard, et al. Hearing scheduled for 11/5/2025 at 09:00 AM at Houston, Courtroom 8B. (Attachments: # 1 Declaration of Ravi Sangisetty, Esq. # 2 Exhibit 1 to 5 # 3 Proposed Order) (Congeni, Leo) (Entered: 10/08/2025) |
| 10/28/25 | 974 (1 pg) | Order Granting Motion for Leo D. Congeni To Appear pro hac vice (Related Doc # 959) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 10/28/2025. (njc7) (Entered: 10/28/2025) |
| 10/28/2025 | 972 (4 pgs; 2 docs) | Response in Opposition (related document(s):861 Motion for Relief From Stay). Filed by MMA Law Firm, PLLC (Attachments: # 1 Proposed Order) (Goott, Miriam) (Entered: 10/28/2025) |
| 10/28/2025 | 1012 (3 pgs) | Response (related document(s):861 Motion for Relief From Stay). Filed by Allied World Insurance Company (Levy, Justin) (Entered: 10/28/2025) |
| 10/28/2025 | 1013 (61 pgs; 4 docs) | Response *Opposed to Motion for Relief From Stay* (related document(s):861 Motion for Relief From Stay). Filed by Krause & Kinsman Trial Lawyers, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Smiley, Rachael) (Entered: 10/28/2025) |
| 10/28/2025 | 1014 (177 pgs; 18 docs) | Witness List, Exhibit List (Filed By MMA Law Firm, PLLC ).(Related document(s):861 Motion for Relief From Stay, 972 Response, 973 Witness List, Exhibit List) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit |

| | | |
|---|---|---|
| | | 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17) (Goott, Miriam) (Entered: 10/28/2025) |
| 10/30/2025 | 1021 (4 pgs; 2 docs) | Objection to Motion for Relief from Stay (related document(s):861 Motion for Relief From Stay). Filed by Cristobal M. Galindo, PC d/b/a Galindo Law (Attachments: # 1 Proposed Order) (Shelton, Herbert) (Entered: 10/30/2025) |
| 11/03/2025 | 1032 (81 pgs; 10 docs) | Witness List, Exhibit List (Filed By Gayle Heard, et al. ).(Related document(s):861 Motion for Relief From Stay) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9) (Congeni, Leo) (Entered: 11/03/2025) |
| 11/03/2025 | 1033 (9 pgs) | Reply to Responses to, and in Support of, Motion for Relief from the Automatic Stay (related document(s):861 Motion for Relief From Stay; 972, 1012, 1013, 1021 Responses). Filed by Gayle Heard, et al. (Congeni, Leo) (Entered: 11/03/2025) |
| 11/03/2025 | 1034 (148 pgs; 9 docs) | Exhibit List, Witness List (Filed By Krause & Kinsman Trial Lawyers, LLC ).(Related document(s):861 Motion for Relief From Stay) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (Smiley, Rachael) (Entered: 11/03/2025) |
| 11/05/2025 | | Courtroom Minutes. Time Hearing Held: 9:00 a.m.. Appearances: Miriam Goott for MMA Law Firm; Leo Congeni for Movant, Gayle Heard et al; Rachel Smiley for Krause & Kinsman Trial Lawyers, LLC, joined by Turner Faulk; Justy Levy Allied World Insurance Company.<br><br>Minutes: Opening statements/arguments by Mr. Congeni, Ms. Goott, Mr. Faulk and Mr. Levy heard. After hearing arguments, the Court took judicial notice of Movant's Exhibits at Docket 1032, #5 and 9. |

| | | |
|---|---|---|
| | | Mr. Congeni had no witnesses and rested. Ms. Goott rested. Mr. Faulk rested.<br><br>For the reasons stated on the record, motion denied. (Related document(s):861 Motion for Relief From Stay) (njc7) (Entered: 11/05/2025) |
| 11/06/2025 | 1052<br>(1 pg) | Order Denying Motion For Relief From Stay (Related Doc # 861) Signed on 11/6/2025. (njc7) (Entered: 11/06/2025) |

    **2.**    *Exhibits Admitted into Evidence, of which the Court took Judicial Notice and Proffered*

**EXHIBITS OF WHICH JUDICIAL NOTICE WAS TAKEN:**

| Exhibit Number: | Document Title and/or Description: |
|---|---|
| Appellants' Exhibit #5 | [ECF Doc. 1032-5] Order entered September 10, 2025, Bankruptcy Case No. 24-31596, USBC, SDTEX |
| Appellants' Exhibit #9 | [ECF Doc. 1032-9] Agreed Order entered September 11, 2025, Bankruptcy Case No. 24-31596, USBC, SDTEX |

**EXHIBIT PROFFERED BY APPELANTS:**

    Appellants requested that the Bankruptcy Court take judicial notice of the exhibits listed by Appellants [ECF Doc. 1032], MMA Law Firm, PLLC [ECF Doc. 1014] and Krause & Kinsman Trial Lawyers, LLC [ECF Doc. 1034] on their respective witness and exhibit lists.

    **3.**    *Record of Oral Proceedings in the Bankruptcy Court:*

    Transcript of proceedings held on November 5, 2025.

Dated:  November 25, 2025        Respectfully submitted,

**CONGENI LAW FIRM, LLC**

BY:   */s/Leo D. Congeni*
      LEO D. CONGENI (LA Bar #25626)
      (*attorney-in-charge*)
      650 Poydras Street, Suite 2750
      New Orleans, Louisiana  70130
      Telephone: 504-522-4848
      Facsimile:  504-910-3055
      Email:  leo@congenilawfirm.com

*Attorney for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, the foregoing document has been served on all parties registered to receive notices by PACER via the Court's ECF/PACER system.

*/s/Leo D. Congeni*
Leo D. Congeni