United States District Court
Southern District of Texas
**ENTERED**
February 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: ) | |
| ) | CASE NO. 4:25-cv-05584 |
| MMA LAW FIRM, PLLC ) | |
| ) | JUDGE ANDREW S. HANEN |
| Debtor ) | |
| ) | MAGISTRATE JUDGE |
| ) | CHRISTINA A. BRYAN |
| GAYLE HEARD ET AL. ) | |
| ) | |
| Appellants ) | |

## UNOPPOSED ORDER

On Appeal from the U.S. Bankruptcy Court for the Southern District of Texas, The Honorable Eduardo V. Rodriguez, Chief United States Bankruptcy Court Judge, in the Matter of MMA Law Firm, PLLC, Debtor, Case No. 24-31596, Chapter 11

Upon considering the *Unopposed Motion for Extension of Briefing Deadlines* filed by Gayle Heard et al. ("Appellants"):

**IT IS ORDERED** that the Appellants deadline to file their original brief is extended through and including Wednesday, March 4, 2026.

SIGNED this 12th day of February 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE