**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **IN RE** | § | **CASE NO. 4:25-cv-05584** |
|  | § |  |
| **MMA LAW FIRM, PLLC** | § |  |
|  | § |  |
| *Debtor* | § |  |

**STIPULATION AND AGREED ORDER**

MMA Law Firm, PLLC (the **"Debtor"** or **"MMA"**) and Gayle Heard, Jamie White, Forest Martin, Jimmie Corley, Jeffrey Miles, Patricia Tate, and John Jones through their attorney of record, Leo D. Congeni (collectively, the **"Plaintiffs"**), (Plaintiffs and together with the Debtor, the **"Parties"**) respectfully submit this proposed stipulation and agreed order (this **"Stipulation and Agreed Order"**) as set forth herein.

**RECITALS**

**WHEREAS,** April 9, 2024, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case (the **"Bankruptcy Case"**).

**WHEREAS,** the Plaintiffs filed a state court action styled *Gayle Heard, Jamie White, Forest Martin and others similarly situated v. Krause and Kinsman Trial Lawyers, et al.*, No. 2024-08026, pending in the Civil District Court for the Parish of Orleans, State of Louisiana (the **"State Court Action"**), and a federal court action styled *Jimmie Corley et al. v. Adam Krause, et al.*, Case No. 25-1969, United States District Court, Eastern District of Louisiana (the **"Federal Court Action"**).

**WHEREAS**, on October 8, 2025, the Plaintiffs filed a Motion for Relief from the Automatic Stay [ECF No. 261] (the **"Motion for Relief"**) in the Bankruptcy Court, seeking relief to (a) proceed in the State Court Action to add MMA as a nominal defendant for purposes of asserting direct actions under Louisiana law against insurance carrier(s) who, based on the

Plaintiff's information and belief, issued policies providing for defense and coverage relating to legal malpractice claims asserted in the State Court Action against MMA and others; and (b) proceed in the Federal Court Action to add MMA as a nominal defendant for purposes of asserting direct actions under Louisiana law against insurance carrier(s), who, based on information and belief of the Plaintiffs, issued policies providing for defense and coverage related to legal malpractice claims asserted in the Federal Court Action against MMA and Zach Moseley, individually.

**WHEREAS**,  MMA filed an objection to the Motion for Relief.

**WHEREAS**, Allied World Insurance Company (**"Allied"**) and Krause & Kinsman Trial Lawyers, LLPC (**"K&K"**) also filed objections to the Motion for Relief.

**WHEREAS**, after a contested evidentiary hearing before the Bankruptcy Court, the Bankruptcy Court denied the Motion for Relief (the **"Order Denying Stay Relief"**).

**WHEREAS,** on November 18, 2025, the Plaintiffs filed a Notice of Appeal of the Order Denying Stay Relief, which is currently pending before this Court (the **"Appeal"**).

**WHEREAS,** by this Stipulation and Agreed Order, the Parties hereby agree to the terms set forth below to resolve the Appeal.

## <u>ORDER</u>

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION AND AGREED ORDER, THE FOLLOWING IS SO ORDERED:**

1.      The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for the sole and limited purpose of allowing MMA to be added as a nominal defendant in the State Court Action and the Federal Court Action by the Plaintiffs. Except as specifically set forth herein, the automatic stay shall remain in full force and effect.

2.      Any and all recovery against MMA in the State Court Action and the Federal Court Action by the Plaintiffs, shall be limited solely to applicable insurance proceeds, if any. Under no circumstances shall any recovery be sought or obtained by the Plaintiffs against property of the bankruptcy estate of MMA.

3.      Nothing in this Order shall be construed to mean that any insurance policy is applicable to the claims asserted in the State Court Action or the Federal Court Action, or that any insurance proceeds are available to satisfy such claims.

4.      Plaintiffs shall not add Mr. John Zachary Moseley in his individual capacity to the State Court Action or the Federal Court Action or add or name Mr. Moseley in his individual capacity as a party to any other action, including but not limited to the claims pending in the State Court Action or Federal Court Action.

5.      Upon entry of this Stipulation and Agreed Order, the MMA and the Plaintiffs shall file an Agreed Motion to Dismiss the Appeal (Case No. 25-cv-5584) with prejudice within seven (7) days.

6.      The Parties acknowledge and agree that MMA's status as a defendant in the State Court Action and the Federal Court Action is solely nominal and for the purpose of the Plaintiffs accessing any applicable insurance coverage (if any). MMA shall have no obligation to participate in the defense of the State Court Action or the Federal Court Action.

7.      Nothing in this Stipulation and Agreed Order shall be construed as an admission of liability by MMA or any other party.

8.      Nothing in this Stipulation and Agreed Order shall affect the rights (if any) against K&K or Allied.

9.      This Court shall retain jurisdiction to enforce the terms of this Stipulation and Agreed Order.

**IN WITNESS WHEREOF,** and in agreement herewith, the Parties have executed and delivered this Stipulation and Agreed Order on the day and year indicated below.

**Signed:**

_____
**UNITED STATES DISTRICT JUDGE**

**AGREED AS TO FORM AND CONTENT:**

Respectfully submitted,

Dated:  April 9, 2026        By:    _/s/  **Miriam T. Goot**_____
                                         Miriam T. Goott
                                         State ID #24048846
                                         Of Counsel:
                                         Walker & Patterson, P.C.
                                         P.O. Box 61301
                                         Houston, TX 77208
                                         713.956.5577 (Phone)
                                         713.956.5570 (Fax)

                                         **Counsel for MMA Law Firm, PLLC**

                                         /s/**Leo D. Congeni**_____
                                         Leo D. Congeni (LA Bar #25626)
                                         Brooks Gelpi Haasé, L.L.C.
                                         909 Poydras Street, Suite 2325
                                         New Orleans, LA 70112
                                         Telephone: 504-224-6723
                                         Email: lcongeni@brooksgelp.com

                                         **Counsel for the Plaintiffs-Appellants**

4